1

2

3

4

5

6

7

8

IN THE UNITED STATES DISTRICT COURT

9

WESTERN DISTRICT OF WASHINGTON

10

AT SEATTLE

11

THE STORE CARE SPECIALISTS,
INC.,

12

Plaintiff,

Case No. 2:25-cv-00291-JHC

13

v.

**ORDER EXTENDING DEADLINE TO
FILE ANSWER TO COMPLAINT**

14

HFD NO. 55, INC.,

15

16

Defendant.

17     Based upon the stipulated motion of the parties, Dkt. # 12, and being otherwise

18  fully advised in the premises, the Court GRANTS the motion and extends the deadline

19  for Defendant HFD No. 55, Inc. to respond to the Complaint to March 7, 2025.

20     DATED this 28th day of February, 2025.

21

22     _____

John H. Chun

23     United States District Judge

24

25

26

ORDER EXTENDING DEADLINE TO FILE ANSWER TO
COMPLAINT - 1