UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE STORE CARE SPECIALISTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> HFD NO. 55, INC., <br><br> Defendant. | Case No. 2:25-cv-00291-JHC <br><br> **ORDER DENYING STIPULATED MOTION FOR EXTENSION OF DEADLINES** |

Before the Court is the parties' Stipulated Motion for Extension of Deadlines. Dkt. # 19. Because the motion proposes to reduce the amount of time between the dispositive motions deadline and trial, the Court DENIES it. The parties may submit another proposal that does not reduce the amount of time between the current deadline and trial.

Dated this 24th day of July, 2025

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE