UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE STORE CARE SPECIALISTS, INC., | |
| Plaintiff, | Case No. 2:25-cv-00291-JHC |
| v. | |
| HFD NO. 55, INC., | **ORDER RE: STIPULATED MOTION FOR EXTENSION OF DEADLINES** |
| Defendant. | |

Before the Court is the parties' Renewed Stipulated Motion for Extension of Deadlines. Dkt. # 21.  For the reasons presented in the motion, the Court CONTINUES trial in this matter to April 27, 2026.  The Court DIRECTS the Clerk to enter a case scheduling order that sets deadlines consistent with the Court's standard pretrial schedule.

Dated this 25th day of July, 2025.

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE