# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | | |
|---|---|---|
| THE STORE CARE SPECIALISTS, INC., | : | |
| | : | Case No. 2:25-CV-00291-JHC |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | **ORDER GRANTING SECOND** |
| HFD NO. 55, INC. | : | **STIPULATED MOTION FOR** |
| | : | **EXTENSION OF DEADLINES** |
| Defendants. | : | |
| | : | |

Upon consideration of the parties' Second Stipulated Motion for Extension of Deadlines, Dkt. # 29, it is hereby ORDERED that the Motion is GRANTED. The parties shall have until November 28, 2025 to file discovery motions in this matter.

All other deadlines set forth in the Court's Scheduling Order dated August 18, 2025 remain unchanged.

Dated this 10th day of October, 2025.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE