1

2

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

11

12

13

14

15

16

THE STORE CARE SPECIALISTS, INC.,

                Plaintiff,

    v.

HFD NO. 55, INC.,

                Defendant.

Case No. 2:25-cv-00291-JHC

**STIPULATED MOTION TO STAY ACTION AND ORDER**

Note on Motion Calendar:
December 29, 2025 (LCR 7(d)(1))

17

18

      Defendant HFD NO. 55, INC., and Plaintiff THE STORE CARE SPECIALISTS, INC., hereby stipulate and move the Court to temporarily stay the above-referenced action.

19

20

21

22

23

      Good cause exists to grant this motion. The parties have diligently conducted discovery and successfully negotiated an agreement in principle to settle this litigation. The parties anticipate preparing and finalizing a formal settlement agreement within 14 days of the date of this motion. As such, the parties believe that the requested stay will facilitate resolution of this matter without need for further litigation.

24

25

26

      Accordingly, it is stipulated and agreed to by and among counsel for Plaintiff and Defendant that as of the date of this motion all deadlines should be stayed for 14 days while the parties finalize the details of their settlement. The parties further propose that the Court

STIPULATED MOTION TO STAY ACTION AND ORDER - 1

set a deadline of January 12, 2026, for the parties to file a joint status report with the Court

regarding whether they have reached a settlement or believe that stay should be further

extended or lifted and the case deadlines reset.

WHEREFORE, the parties respectfully request the Court issue an order staying all

deadlines in this case for 14 days from the date of this motion.

We certify that this memorandum contains 200 words, in compliance with the Local

Civil Rules.

DATED this 29th day of December, 2025.

/s/ Michael W. Johns
**ROBERTS JOHNS & HEMPHILL, PLLC**
MICHAEL W. JOHNS, WSBA #22054
7525 Pioneer Way, Suite 202
Gig Harbor, WA 98335
P: (253) 858-8606
E-mail: mike@rjh-legal.com
*Of Attorneys for Plaintiff, The Store Care Specialists, Inc.*

/s/ Adam P. Murray
**LANDERHOLM, P.S**.
PHILLIP J. HABERTHUR, WSBA #38038
ADAM P. MURRAY, WSBA #48553
805 Broadway Street, Suite 1000
PO Box 1086
Vancouver, WA 98666
P: (360) 696-3312
E-mail:philh@landerholm.com
          adam.murray@landerholm.com

**DENTONS COHEN & GRIGSBY P.C.**
Fridrikh V Shrayber, *Pro Hac Vice*
Alexis B. Thurston, *Pro Hac Vice*
625 Liberty Ave., Floor 5
Pittsburgh, PA 15222-3152
Tel.: (412) 297-4957
Fax: (412) 209-1975
E-mail : fred.shrayber@dentons.com
          lexie.thurston@dentons.com

*Of Attorneys for Defendant H.F.D No. 55, Inc*.

STIPULATED MOTION TO STAY ACTION AND ORDER - 2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**ORDER**

Based upon the foregoing Stipulated Motion to Stay Action, it is so ORDERED as follows:

1.  The Stipulated Motion is GRANTED and ACCEPTED by the Court.

2.  No later than January 12, 2026, the parties shall prepare and file a joint status report with the Court regarding whether they have reached a settlement or believe that the stay should be further extended or lifted and the case deadlines reset. This matter is STAYED until the filing of that joint status report.

Dated this 30th day of December, 2025.

_____

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION TO STAY ACTION AND ORDER - 3