**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| THE STORE CARE SPECIALISTS, INC., | Case No. 2:25-cv-00291-JHC |
| Plaintiff, | **ORDER GRANTING STIPULATED MOTION FOR DISMISSAL OF ALL CLAIMS WITH PREJUDICE** |
| v. | |
| HFD NO. 55, INC., | |
| Defendant. | |

Upon consideration of the parties' Stipulated Motion For Dismissal of All Claims With Prejudice, Dkt. # 34, it is hereby ORDERED that the Motion is GRANTED, and all claims and causes of action alleged in the above-entitled action are hereby dismissed with prejudice, with each party bearing its own fees and costs

Dated this 10th day of February, 2026.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE